# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Bobby Lee Watson,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                       3:07-cv-45-2

United States of America,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 5, 2007 Order.

**Signed: February 5, 2007**

Frank G. Johns, Clerk
United States District Court